FILED
OCT 13 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 22 CR 607 |
| RONNIE HEARN, | ) | Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(c)(1)(A); Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and (b)(1)(C) |
| Defendant. | ) | |

**JUDGE BARKER**

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about February 17, 2022, in the Northern District of Ohio, Eastern Division, Defendant RONNIE HEARN did knowingly and intentionally possess with intent to distribute more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about February 17, 2022, in the Northern District of Ohio, Eastern Division, Defendant RONNIE HEARN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about February 17, 2022, in the Northern District of Ohio, Eastern Division, Defendant RONNIE HEARN did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

4. On or about February 17, 2022, in the Northern District of Ohio, Eastern Division, Defendant RONNIE HEARN, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on or about March 6, 2017, Case Number 2015-CR-00389, and Aggravated Trafficking in Drugs, on or about December 11, 2019, in Case Number 2019-CR-00403, all in the Ashtabula County Court of Common Pleas, did knowingly possess in and affecting interstate commerce firearms and ammunition, to wit: a Glock model 19 semi-automatic 9 millimeter caliber pistol, bearing serial number BTDM180, and a Ruger model SR40 semi-automatic .40 caliber pistol, bearing serial number 342-82106, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

5. On or about February 17, 2022, in the Northern District of Ohio, Eastern Division, Defendant RONNIE HEARN did knowingly possess firearms, those are, a Glock model 19 semi-automatic 9 millimeter caliber pistol, bearing serial number BTDM180, and a Ruger model SR40 semi-automatic .40 caliber pistol, bearing serial number 342-82106, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute mixtures and substances containing detectable amounts of methamphetamine, and fentanyl, Schedule II controlled substances, as charged in Counts 1-3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

6. The allegations contained in Counts 1-5 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 (drug offenses); and, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses). As a result of these offenses, Defendant RONNIE HEARN shall forfeit to the United States: any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the drug offenses; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses; and, any and all firearms and ammunition involved in or used in the commission of the firearms offenses; including, but not limited to, the following:

a.) $1,972.00 U.S. Currency seized on February 17, 2022, from RONNIE HEARN.

b.) Glock model 19 semi-automatic 9-millimeter caliber pistol, bearing serial number BTDM180, and ammunition seized on February 17, 2022.

c.) Ruger model SR40 semi-automatic .40 caliber pistol, bearing serial number 342-82106, and ammunition seized on February 17, 2022.

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.